JOHN T. KENDALL
Trustee
2601 Blanding Avenue
Bldg #C, Ste 110
Alameda, CA 94501
(510)523-9821

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                              ) CASE NO.  08-47640 EDJ
                                    )
STEVEN GLASER,                      ) Chapter 7
                                    )
                                    ) NOTICE OF UNCLAIMED
        Debtor.                     ) DIVIDENDS
_____)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

   Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,027.22. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

Claim # Name & Address of Claimant   Claim Amount   Dividend Amount

    (See Attached Schedule)


                                    Total Unclaimed Dividends $2,027.22

Dated: March 4, 2010                _____
                                    JOHN T. KENDALL, Trustee

# UNCLAIMED & UNDELIVERABLE CHECKS

CASE NAME: **STEVEN GLASER**
CASE NO: **08-47640 EDJ**

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | CLAIM AMOUNT | UNCLAIMED FUNDS |
|---|---|---|---|
| 3 | Barry Fellman<br>541 NW 27 Street<br>Miami FL 33127 | $356,075.24 | $624.39 |
| 4 | Marc Dobin<br>140 Intracoastal Pointe Drive, #207<br>Jupiter FL 33477 | $800,000.00 | $1,402.83 |

**TOTAL FUNDS**     **$2,027.22**



**Office of the Clerk**
**United States Bankruptcy Court, Northern District of California**

# MEMORANDUM

TO: Tracie Williams–Resource Coordinator, Oakland Division

FROM: Toni Taylor

DATE: March 9, 2010

RE: *Unclaimed Dividend Documents*

---

Enclosed are documents received from trustees concerning unclaimed dividends. These have been processed through our financial records, and the associated checks have been deposited to the proper unclaimed dividend accounts. Please docket these documents.

Thank you.

Encl.